UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WATERFRONT PETROLEUM
TERMINAL COMPANY,

    Plaintiff/Counter-Defendant,

v.                                                         Case No. 19-13621

DETROIT BULK STORAGE, INC.,

    Defendant/Counter-Plaintiff.
_____/

### ORDER DENYING AS MOOT PENDING MOTIONS TO COMPEL

Defendant Detroit Bulk Storage filed a motion to compel discovery responses on November 9, 2020. (ECF No. 22.) Plaintiff Waterfront Petroleum filed its own motion to compel discovery on December 9, 2020. (ECF Nos. 27, 28.) The court held two status conferences, on December 16, 2020 and January 5, 2021, to discuss the ongoing discovery disputes. Following the first conference, the parties indicated they were able to significantly narrow the scope of document requests. Given that the parties were once again working cooperatively to exchange documents, the court noted during the January 5th conference that if it did not hear from either party within two weeks it would conclude that the outstanding motions to compel discovery were moot. The court has received no notification from either party of an ongoing discovery dispute. Therefore, the court concludes that the motions are now moot. Accordingly,

IT IS ORDERED that Defendant's Motion to Compel Discovery Responses (ECF No. 22) is DENIED AS MOOT.

IT IS ORDERED that Plaintiff's Motion to Compel Discovery Responses (ECF Nos. 27, 28) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's Ex-Parte Motion for Leave to File a Sur-Reply (ECF No. 26) is DENIED AS MOOT.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\19-13621.WATERFRONT.terminating.motions.to.compel.AAB.docx